UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
HECTOR ESPINOSA,

                      CV: 20-5449 (JMA) (AKT)

                    Plaintiff,

    -against-                           **NOTICE OF**
                                              **APPEARANCE**

MARIO H. LIZAMA, H&M ENVIRONMENTAL, INC.,
D/B/A H&M TRUCKING D/B/A HM INDUSTRIES,

                    Defendants.
------------------------------------------------------------------------X

**TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:**

    PLEASE TAKE NOTICE that Kyle T. Pulis, Esq. hereby appears as counsel in this matter for the above-named defendants. The attorney certifies that he is admitted to practice in this Court.

Dated:  Islandia, New York
          November 24, 2020

                                              Respectfully submitted,

                                              **SCOTT MICHAEL MISHKIN, PC**

                                              /s/     Kyle T. Pulis
                                           By: Kyle T. Pulis, Esq. (KP0415)
                                              One Suffolk Square Suite 240
                                              Islandia, New York 11749
                                              (631) 234-1154 Telephone
                                              (631) 234-5048 Facsimile
                                              *Attorney for Defendants*