UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
--------------------------------------------------------------------------------X
HECTOR ESPINOSA,

                                                                      CV: 20-5449 (JMA) (AKT)
                Plaintiff,

       -against-                                          **FED. R. CIV. P. 7.1**
                                                                     **CORPORATE**
MARIO H. LIZAMA, H&M ENVIRONMENTAL, INC.,    **DISCLOSURE**
D/B/A H&M TRUCKING D/B/A HM INDUSTRIES,        **STATEMENT**

                                        Defendants.
--------------------------------------------------------------------------------X

       Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, and to enable judges and magistrates of the Court to evaluate possible disqualification or recusal, the undersigned counsel of record for the Defendants hereby states that H&M ENVIRONMENTAL, INC. is a privately held corporation.  Further, the above-named corporation does not have any parent corporation and is unaware of any publicly held corporation that holds 10% or more of its stock.

Dated:  Islandia, New York
          February 4, 2021

                                                      Respectfully submitted,

                                                      **SCOTT MICHAEL MISHKIN, P.C.**

                                                      /s/      Kyle T. Pulis
                                By:    Kyle T. Pulis, Esq.
                                         One Suffolk Square, Suite 240
                                         Islandia, New York 11749
                                         Telephone: (631) 234-1154
                                         Facsimile:  (631) 234-5048
                                         *Attorneys for Defendants*